ELLEN F. ROSENBLUM
Attorney General
VANESSA A. NORDYKE  #084339
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792
Email:  Vanessa.A.Nordyke@doj.state.or.us

Attorneys for Defendant Oregon Department of Justice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID DUKE and  SHAYLA DUKE,<br><br>            Plaintiffs,<br><br>      v.<br><br> OREGON DEPARTMENT OF JUSTICE as Attorneys for Department of Human Services; KELSEY NIELSON, as Case Worker for Department of Human Services Child Welfare Lane County; PENNY EDWARDS aka RS, as Case Worker for Department of Human Services Child Welfare Lane County; JORDAN CROWDER, as Licensing, Payment and Support – Unit Manager, Senior and Disability Services – Branch 2011, Department of Human Services; LINDA CONIZALEZ, as Supervisor of Penny Edwards; RIVERBEND HOSPITAL; HILARY THOMPSON as Caseworker for DHS/Seniors & Disabled Services; GLORIA TAYLOR as Supervisor of Hilary Thompson and Stefanie Jackson; STEFANIE  JACKSON, Previous Caseworker for DHS/Seniors & Disabled Services; LANE INDEPENDENT LIVING COUNCIL,<br><br>            Defendants. | Case No.  6:16-cv-01038-TC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Page 1 -   NOTICE OF WITHDRAWAL OF COUNSEL
           VAN/cbh/7732015-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

Defendant Oregon Department of Justice hereby gives notice that Dirk L. Pierson, Senior Assistant Attorney General, is no longer counsel of record in this proceeding.

Vanessa A. Nordyke, Assistant Attorney General, continues as lead counsel.

The address for the receipt of all correspondence and pleadings remains the same.

DATED October  13 , 2016.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/ Vanessa A. Nordyke*
        VANESSA A. NORDYKE #084339
        Assistant Attorney General
        Trial Attorneys
        Tel (503) 947-4700
        Fax (503) 947-4792
        Vanessa.A.Nordyke@doj.state.or.us
        Of Attorneys for Defendant Oregon Department of Justice

Page 2 -    NOTICE OF WITHDRAWAL OF COUNSEL
   VAN/cbh/7732015-v1
        Department of Justice
        1162 Court Street NE
        Salem, OR 97301-4096
      (503) 947-4700 / Fax: (503) 947-4792

## CERTIFICATE OF SERVICE

I certify that on October __13__, 2016, I served the foregoing NOTICE OF WITHDRAWAL OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Shayla Duke | ___ HAND DELIVERY |
| 2104 Dewey Street | _X_ MAIL DELIVERY |
| Eugene, OR 97402 | ___ OVERNIGHT MAIL |
|     Plaintiff *pro se* | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | ___ E-SERVE |
| | |
| David Duke | ___ HAND DELIVERY |
| 2104 Dewey Street | _X_ MAIL DELIVERY |
| Eugene, OR 97402 | ___ OVERNIGHT MAIL |
|     Plaintiff *pro se* | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | ___ E-SERVE |
| | |
| Karen O'Kasey | ___ HAND DELIVERY |
| Hart Wagner LLP | ___ MAIL DELIVERY |
| 1000 SW Broadway, Suite 2000 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 | ___ TELECOPY (FAX) |
|     Of Attorneys for Defendant Riverbend Hospital | ___ E-MAIL |
| | _X_ E-SERVE |

Page 1 -   CERTIFICATE OF SERVICE
          VAN/cbh/7458194-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

| | |
|---|---|
| Andrea D Coit | ___ HAND DELIVERY |
| Harrang Long Gary Rudnick PC | ___ MAIL DELIVERY |
| 360 E 10th Ave., Ste. 300 | ___ OVERNIGHT MAIL |
| Eugene, OR  97401 | ___ TELECOPY (FAX) |
|     Of Attorneys for Defendants Crowder, | ___ E-MAIL |
|     Thompson, Taylor, and Jackson | _X_ E-SERVE |

    *s/ Vanessa A. Nordyke*
VANESSA A. NORDYKE #084339
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4792
Vanessa.A.Nordyke@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   CERTIFICATE OF SERVICE
    VAN/cbh/7458194-v1